IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHARLOTTE GREGORY, | § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | CIVIL ACTION NO. SA-16-CA-0427-FB |
| STANDARD INSURANCE COMPANY, | | |
| Defendant. | | |

## ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT

Before the Court is the Stipulation of Dismissal with Prejudice filed by the parties on July 31, 2017 (docket #25). The parties advise they have settled the matters in controversy and stipulate to the dismissal of all claims, demands, and causes of action asserted or assertable herein by plaintiff against defendant with prejudice with all attorneys' fees and costs to be taxed against the party incurring same. The Court finds the request to dismiss has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that in accordance with the Stipulation of Dismissal filed by the parties in this case (docket #25), all claims asserted or assertable herein by plaintiff against the defendant are released and DISMISSED WITH PREJUDICE with all attorneys' fees and costs taxed against the party incurring same. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 31st day of July, 2017.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE